# UNITED STATES DISTRICT COURT
# CENTRAL DISTRICT OF CALIFORNIA

| | |
|---|---|
| ALEXANDER AGUAYO,<br><br>Petitioner,<br><br>v.<br><br>HEATHER SHIRLEY, Warden,<br><br>Respondent. | Case No. 5:24-cv-122-FWS-RAO<br><br>**ORDER ACCEPTING REPORT AND RECOMMENDATION OF UNITED STATES MAGISTRATE JUDGE** |

Pursuant to 28 U.S.C. § 636, the Court has reviewed the Petition for Writ of Habeas Corpus, Dkt. No. 1; Respondent's Answer to the Petition, Dkt. No. 11; Report and Recommendation of United States Magistrate Judge ("Report"), Dkt. No. 14; and all of the records and files herein.

Objections to the Report were due by June 16, 2025, and the Court has not received any objections to date. The Court hereby accepts and adopts the findings, conclusions, and recommendations of the Magistrate Judge contained in the Report.

IT IS ORDERED that the Petition is denied, and Judgment shall be entered dismissing this action with prejudice.

Dated: June 27, 2025

_____
Hon. Fred W. Slaughter
UNITED STATES DISTRICT JUDGE