JS-6

# UNITED STATES DISTRICT COURT
# CENTRAL DISTRICT OF CALIFORNIA

| | |
|---|---|
| ALEXANDER AGUAYO, | Case No. 5:24-cv-122-FWS-RAO |
| Petitioner, | |
| v. | **JUDGMENT** |
| HEATHER SHIRLEY, Warden, | |
| Respondent. | |

    Pursuant to the Court's Order Accepting Report and Recommendation of United States Magistrate Judge,

    IT IS ORDERED AND ADJUDGED that the Petition is denied and this action is dismissed with prejudice.

Dated: June 27, 2025

_____
Hon. Fred W. Slaughter
UNITED STATES DISTRICT JUDGE